UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DAVID LEMS,<br><br>           Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>           Defendant. | 5:21-CV-05049-RAL<br><br>JUDGMENT FOR DEFENDANT |

Based on the Opinion and Order Affirming Denial of Long-Term Disability Benefits, it is

ORDERED, ADJUDGED AND DECREED that Judgment for Defendant and against Plaintiff hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure with no award of attorney fees for either party.

DATED this 18th day of August, 2022.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE